*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                    Chapter: 13

    Paul Alexander Warren

                      Debtor(s)                    Bankruptcy No: 10–17172–bif

*O R D E R*

AND NOW, this August 25, 2010 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

And the following documents are missing

      Chapter 13 Plan due by 09/7/2010. Schedules A–J due 09/7/2010.
      Statement of Financial Affairs due 09/7/2010. Summary of
      schedules due 09/7/2010. Statistical Summary of Certain
      Liabilities due 09/7/2010.

It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required by L.B.R. 1007–2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit Counseling Requirement, then those documents are due within 7 days of the filing of the petition or else this case may be dismissed without additional notice or hearing after that date.

It is further ORDERED that all other missing documents are due within 14 days of the date of the filing of the petition, unless an extension for cause, sought prior to the expiration of 14 days, is granted. If not, this case may be dismissed without additional notice or hearing after 9/7/10 .

                                              By the Court

                                              Bruce I. Fox
                                              Judge , United States Bankruptcy Court