# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PA

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| WARREN; PAUL A | ) | Chapter: | 13 |
| | ) | Case No: | 1017172 |
| Debtor(s) | ) | | |
| | ) | | |

Account Number:  ************3763

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, PRA Receivables Management, LLC as agent for HSBC Bank Nevada, N.A., and pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 10, filed on or about 9/27/2010, in the amount of $262.45.

By:  /s/ Adelaide R Hageman
     Adelaide R Hageman, Bankruptcy Clerk
     PRA Receivables Management, LLC
     PO Box 12907
     Norfolk, VA 23541
     (877)829-8298