United States Bankruptcy Court
for the Eastern District of Pennsylvania

In Re:                                              Chapter 13
    PAUL A   WARREN


Debtor(s)                                  Bankruptcy No.
                                           1017172  BIF


OBJECTION OF CHAPTER 13 TRUSTEE
TO CONFIRMATION OF PLAN OF DEBTOR(S)

AND NOW comes, WILLIAM C. MILLER, ESQUIRE, chapter 13 standing trustee, to object to confirmation of the chapter 13 plan of debtor(s), because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or debtor(s) has/have failed to provide information, evidence, or corrections to the petition, schedules, statements or other documents filed by debtor(s) to enable the standing trustee to evaluate the Plan for confirmation, as follows:

Debtor(s) has/have failed to file an accurate statement of current monthly income, and/or if the debtor(s) has/have above-median income, an accurate calculation of disposable income in accordance with Section 1325(b)(3), on Official Form 22C, as required by Bankruptcy Rule 1007(b)(

Debtor(s) has/have failed to provide evidence of insurance coverage on re property owned by such debtor(s) as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

The Plan violates 11 U.S.C. Section 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate of the debtor(s) were liquidated under Chapter 7.

Debtor(s) has/have failed to notify his/her personal attorney of the bankruptcy and/or include appropriate language in the Plan regarding the proceeds of such litigation.

Debtor(s) has/have failed to file an amended plan as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to file amended schedules as directed at the meeting of creditors held under 11 U.S.C. Section 341(a).

Debtor(s) has/have failed to file an amended Statement of Financial Affairs as directed at the meeting of creditors held under
11 U.S.C. Section 341(a).


WHEREFORE, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

                                    Respectfully submitted,
                                    /s/ William C. Miller

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee